REDACTED

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Criminal Action No. 08- 81 |
| GABRIEL CASTANEDA-SICARDO a/k/a Luis Alvarado, | ) ) ) ) |
| Defendant. | ) |

## INDICTMENT

The Grand Jury for the District of Delaware charges that:

### COUNT ONE

On or about April 2, 2008, in the State and District of Delaware, Defendant GABRIEL CASTANEDA-SICARDO, a/k/a Luis Alvarado, an alien and subject of Mexico, was found in the United States, after having been removed therefrom on or about March 10, 2000, at or near San Ysidro, California, and Defendant was knowingly in the United States, and prior to his reembarkation at a place outside the United States, neither the United States Attorney General nor the Undersecretary for Border and Transportation Security, Department of Homeland Security, expressly consented to Defendant's reapplying for admission to the United States.

In violation of Title 8, United States Code, Sections 1326(a) & (b)(2).

COLM F. CONNOLLY
UNITED STATES ATTORNEY

*Robert F. K[ravetz]*

Robert F. Kravetz
Assistant U.S. Attorney
Dated: May 27, 2008