## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal Action No. 08-81-UNA |
| | ) | |
| GABRIEL CASTANEDA-SICARDO, | ) | |
| a/k/a Luis Alvarado, | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION AND ORDER FOR BENCH WARRANT

NOW COMES the United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Robert F. Kravetz, Assistant United States Attorney for the District of Delaware, and hereby moves this Honorable Court for the issuance of an arrest warrant against the defendant, Gabriel Castaneda-Sicardo, as a result of the Indictment returned against him on May 27, 2008.

COLM F. CONNOLLY
United States Attorney

By: _____
Robert F. Kravetz
Assistant United States Attorney

Dated:  May 28, 2008

**AND NOW**, this _____ day of _____, 2008, upon the foregoing Motion,

**IT IS ORDERED** that a warrant issue for the arrest and apprehension of Gabriel Castaneda-Sicardo.

_____
The Honorable Leonard P. Stark
United States Magistrate Judge