**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Criminal Action No. 08-81–JJF |
| | ) | |
| GABRIEL CASTANEDA-SICARDO, | ) | |
| a/k/a Luis Alvarado, | ) | |
| | ) | |
| Defendant. | ) | |

**ENTRY OF APPEARANCE AND SUBSTITUTION OF COUNSEL**

PLEASE enter the appearance of Assistant United States Attorney John C. Snyder as attorney of record, in place of Assistant United States Attorney Robert F. Kravetz, on behalf of the United States of America in the above-captioned matter.

Dated: July 28, 2008

              Respectfully submitted,

              COLM F. CONNOLLY
              United States Attorney

              John C. Snyder
              Assistant United States Attorney
              1007 N. Orange Street, Suite 700
              P.O. Box 2046
              Wilmington, Delaware 19899-2046
              (302) 573-6277, ext. 168
              (302) 573-6220 (fax)