UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Criminal Action No. 08-81-JJF |
| | : | |
| GABRIEL CASTANEDA-SICARDO, | : | |
| | : | |
| Defendant. | : | |

**SUBSTITUTION OF COUNSEL AND ENTRY OF APPEARANCE**

**PLEASE** withdraw the appearance of Edson A. Bostic, Esquire as attorney of record and enter the appearance of Eleni Kousoulis, Esquire as attorney on behalf of Defendant, Gabriel Castaneda-Sicardo, in the above-captioned matter.

                                                 */s/ Eleni Kousoulis*
                                                ELENI KOUSOULIS, ESQUIRE
                                                Assistant Federal Public Defender
                                                One Customs House, Suite 110
                                                704 King Street
                                                Wilmington, DE  19801
                                                302-573-6010
                                                ecf_de@msn.com

DATED:  August 13, 2008