UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff<br><br>    v.<br><br>GABRIEL CASTANEDA-SICARDO<br><br>            Defendant | )<br>)<br>)<br>)  Cr. No. 08-81-JJF<br>)<br>)<br>)<br>)<br>) |

**ORDER**

This 14th day of August, the defendant having entered a plea of not guilty to the Indictment, pretrial motions shall be due within ten (10) days, that is on or before August 28, 2008. Any request for additional time to file pretrial motions must be filed in writing with the District Court Judge to whom this case has been assigned.

                                                         _____<br>
                                                         Mary Pat Thynge<br>
                                                         UNITED STATES MAGISTRATE JUDGE

cc: Defense Counsel
      United States Attorney

FILED

AUG 14 2008

U.S. DISTRICT COURT
DISTRICT OF DELAWARE