IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Criminal Action No. 08-81-JJF |
| ) | |
| GABRIEL CASTANEDA-SICARDO ) | |
| ) | |
| Defendant. ) | |
| ) | |

## MOTION FOR A SCHEDULING CONFERENCE

The United States, by and through Colm F. Connolly, United States Attorney for the District of Delaware, and John C. Snyder, Assistant United States Attorney for the District of Delaware, hereby moves the Court to set a scheduling conference in the above-captioned case for the reasons set forth below.

1.  The Grand Jury returned an Indictment against the defendant on May 27, 2008.

2.  No pre-trial motions have been filed by the parties, and the deadline for filing such motions has passed.

WHEREFORE, the United States respectfully asks the Court to set a date for a scheduling conference in order to address the scheduling of trial. A proposed form of order is attached for the Court's convenience.

                                    Respectfully submitted,

                                    COLM F. CONNOLLY
                                  United States Attorney

                                  By: _____
                                  John C. Snyder
                                  Assistant United States Attorney

Dated: August 29, 2008

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Criminal Action No. 08-81-JJF |
| ) | |
| GABRIEL CASTANEDA-SICARDO ) | |
| ) | |
| Defendant. ) | |

### ORDER

IT IS HEREBY ORDERED this ___ day of _____, 2008, that:

1. A scheduling conference in this matter will be held on the ___ day _____, 2008 at _____ :m in Courtroom 4B, J. Caleb Boggs Federal Building, 844 King Street, Wilmington, Delaware;

2. Because the Court finds that a brief continuance in this matter to permit the Court and the parties to meet and confer on the further scheduling of this case outweighs the interest of the defendant and the public in a speedy trial, IT IS FURTHER ORDERED that the time between the date of this Order and the date of the scheduling conference are excluded from computation of the Speedy Trial Act in the interest of justice, 18 U.S.C. § 3161(h)(8)(A).

Honorable Joseph J. Farnan, Jr.
United States District Judge

## CERTIFICATE OF SERVICE

I, John C. Snyder, hereby certify that on August 29, 2008, I caused the foregoing to be served on the following counsel in the manner indicated:

Eleni Kousoulis, Esquire
Assistant Federal Public Defender
One Customs House
704 King Street, Suite 110
Wilmington, Delaware  19801

Attorney for Defendant

_____
John C. Snyder